No. 81–5534. RENNIE ET AL. *v.* KLEIN, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 3d Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Youngberg* v. *Romeo*, 457 U. S. 307 (1982).

No. 88, Orig. CALIFORNIA *v.* TEXAS ET AL. Motion for issuance of a restraining order denied without prejudice. JUSTICE BRENNAN took no part in the consideration or decision of this motion. [For earlier decision herein, see 457 U. S. 164.]

No. 92, Orig. ARKANSAS *v.* MISSISSIPPI. It is ordered that Justice Paul C. Reardon (retired) of Boston, Mass., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his technical, stenographic, clerical, and legal assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein. [For earlier order herein, see 456 U. S. 912.]